FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 OCT 28 AM 8:59
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-101
)
ANTHONY MOBLEY, )
)
Defendant. )
)

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 77), to which objections have been filed (Doc. 89). After a careful de novo review of the record, the Court finds Defendant's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and Defendant's Motion to Suppress (Doc. 62) is **DENIED**.

In his objections, Defendant continues to argue the absence of exigent circumstances sufficient to justify the warrantless entry into Defendant's motel room following his arrest. (Doc. 89 at 2-5.) However, the Eleventh Circuit has long recognized law enforcements' ability to perform a warrantless protective sweep around the area of arrest to guard against unknown dangers that might pose a threat to the safety of the officers or the public, such as an unattended firearm or another armed individual. United States v. Moore,

257 F. App'x 254, 256 (11th Cir. 2007); United States v. Standridge, 810 F.2d 1034, 1037 (11th Cir. 1987). In this case, the circumstances surrounding Defendant's arrest render reasonable the officers' quick search of the motel room Defendant just vacated. See Standridge, 810 F.2d at 1037 ("[O]fficers may reasonably conduct a protective sweep of a motel room and adjoining bathroom, so long as there is uncertainty as to whether there might be others present.").

SO ORDERED this 28th day of October 2013.

/s/ William T. Moore, Jr.
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA